IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

---

DORIS LUJAN a/k/a DORIS FELIX-
LUJAN, on her own behalf and on behalf
of her minor daughters REINA LUJAN
and DORIS LUJAN,

     Plaintiff,

v.                                                      No. 07cv1035 PK/DJS

COUNTY OF BERNALILLO,
BERNALILLO COUNTY SHERIFF'S
OFFICE, a governmental entity of the
State of New Mexico; DEPUTY
SHERIFF ANTHONY E. MEDRANO,
BERNALILLO COUNTY SHERIFF'S
OFFICE, individually and in his official
capacity; DEPUTY SHERIFF SHUREKE
COVINGTON, BERNALILLO
COUNTY SHERIFF'S OFFICE,
individually and in his official capacity;
DEPUTY SHERIFF JOEL HARVEY,
BERNALILLO COUNTY SHERIFF'S
OFFICE, individually and in his official
capacity; DEPUTY SHERIFF ROLDAN
LARGE, BERNALILLO COUNTY
SHERIFF'S OFFICE, individually and in
his official capacity; DEPUTY SHERIFF
JOAQUÍN RODRÍGUEZ,
BERNALILLO COUNTY SHERIFF'S
OFFICE, individually and in his official
capacity; APPROXIMATELY EIGHT (8)
UNIDENTIFIED MEMBERS OF THE
BERNALILLO COUNTY SHERIFF'S
DEPARTMENT "S.W.A.T." TEAM
PARTICIPATING IN A RAID ON 1001
FAIRHAVEN, SW, IN
ALBUQUERQUE, NEW MEXICO ON
AUGUST 10, 2006,

     Defendants.

## JUDGMENT

THIS MATTER came on for consideration before the Hon. Paul J. Kelly, Jr., sitting by designation.  The following decision was reached after resolution (Doc. 47) of pretrial motions:

IT IS ORDERED, ADJUDGED and DECREED that:

(1) Plaintiff Doris Lujan a/k/a Doris Felix-Lujan recover nothing of Defendants Anthony E. Medrano, Shureke Covington, Joel Harvey, Roldan Large, Joaquín Rodríguez on the constitutional claims contained in the complaint (Counts I, II, III, IV, VII);

(2) Plaintiff Doris Lujan a/k/a Doris Felix-Lujan recover nothing of Defendant County of Bernalillo on the municipal liability claim contained in the complaint (Count VI);

(3) The following claims and parties are dismissed without prejudice:

(A) Malicious prosecution claim (Count V).

(B) Defendants "Approximately Eight (8) Unidentified Members of the Bernalillo County Sheriff's Department 'S.W.A.T.' Team Participating in a Raid on 1001 Fairhaven, SW, in Albuquerque, New Mexico on August 10, 2006."

(C) Bernalillo County Sheriff's Office.

DATED this <u>3rd</u> day of April 2009, at Santa Fe, New Mexico.

_Paul Kelly J._
United States Circuit Judge
Sitting by Designation